### [ BOLT v. WILKINSON and GREENOUGH ]

John Bolt plaint. cont<sup>a</sup> William Wilkinson & William Greenough Senio<sup>r</sup> or either of them Defend<sup>ts</sup> in an action of the case for not paying the Summe of Eighty pounds money due upon the forfiture of a bond according to Attachm<sup>t</sup>. . . . The Jury . . . found for the plaint. the Forfiture of the Bond Eighty pounds money and costs of Court. This Accion was tryed at the last Court but Judgem<sup>t</sup> not entred till now the Defend<sup>ts</sup> being out of the Colony.

John Bolt personally appearing in the Office 21° Janur° 1679. acknowledged the receipt of Forty five pounds Fifteen Shillings money from m<sup>rs</sup> Elizabeth Greenough in full Satisfaction of this Judgem<sup>t</sup>.                                        Js<sup>a</sup> Addington   Cler.